IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION



| | | |
|---|---|---|
| HAZEL CONNER AND SYTHERIA TUCKER, | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. V-03-54 (Jury Trial Demanded) |
| CELANESE, LTD, individually and as successor in interest to CELANESE CHEMICAL GROUP, LTD, and CELANESE INTERNATIONAL CORPORATION, individually and as general partner to CELANESE, LTD. | | |
| Defendants. | | |

## PLAINTIFFS' OPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT RESPONSE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiffs, Hazel Conner and Sytheria Tucker, (hereinafter Plaintiffs and/or Ms. Conner or Ms. Tucker), and files this, their opposed motion for extension of time to file their response to Defendants' Motion for Summary Judgment and would show the Court as follows:

1. Plaintiffs filed suit on May 15, 2003, against Defendants for breach of contract and denial of overtime pay in violation of the Fair Labor Standards Act. Discovery ended on June 15, 2005 and the dispositive motion deadline was July 7, 2005. Defendants files its motion for summary judgment on July 7, 2005.

### CONFERRAL

2. Plaintiffs conferred with counsel for Defendants and the parties were unable to reach an agreement on this matter.

3.  Plaintiffs request an extension until August 5, 2005, to file their response to Defendants' Motion for Summary Judgment.

4.  Plaintiffs' request is not made in bad faith or for undue delay but so that justice Plaintiffs' counsel may have an adequate opportunity to file a proper response with sufficient supporting evidence.

### Conclusion

Based upon the foregoing and in the interest of justice, Plaintiffs respectfully request that the Court grant Plaintiffs an extension until August 5, 2005, to file Plaintiffs' response to Defendants' Motion for Summary Judgment.

Respectfully submitted,

s/ *Bob D. Brown*

**BOBBY D. BROWN**
S. D. Tex No. 22425
State Bar No. 24004564
104 Kelly Drive, Suite D
Victoria, Texas 77904
(361) 572-9944 - Telephone
(361) 572-9955 - Facsimile
**Attorney in Charge for Plaintiffs**

### CERTIFICATE OF SERVICE

This is to certify that service on known Filing Users will be automatically accomplished through the Notice of Electronic Filing. Service on any party or counsel who is not a Filing User was delivered on this day the **27th day of July, 2005** as indicated below in accordance with the Federal Rules of Civil Procedure:

**Mr. Jerry Mitchell**
Kasowitz, Benson, Torres & Friedman
700 Louisiana Street, Suite 2200
Houston, Texas 77002

s/ *Bob D. Brown*