IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **HAZEL CONNER AND SYTHERIA TUCKER,** | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. V-03-54<br>(Jury Trial Demanded) |
| **CELANESE, LTD, individually and as successor in interest to CELANESE CHEMICAL GROUP, LTD, and CELANESE INTERNATIONAL CORPORATION, individually and as general partner to CELANESE, LTD.** | | |
| Defendants. | | |

### ORDER

Came on this day for consideration Plaintiffs' opposed motion for extension of time to file their response to Defendants' Motion for Summary Judgment. After considering the motion and the record the Court **GRANTS** Plaintiffs' motion.

Plaintiffs shall file their response to Defendants' Motion for Summary Judgment no later than August 5, 2005.

SO ORDERED.

The Clerk shall enter this Order and provide all parties with a true and correct copy.

Signed this _____ day of _____, 2005.

_____
**JOHN D. RAINEY**
**UNITED STATES DISTRICT JUDGE**