UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| HAZEL CONNER | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. V-03-54 |
| | § | (Jury Trial Demanded) |
| CELANESE, LTD. | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On June 26, 2006, the Court called this case for trial. Plaintiff Hazel Conner appeared in person and through her attorney and announced ready for trial. Defendant Celanese Ltd. appeared in person and through its attorney and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore the jury which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record. Defendant moved for entry of judgment on the verdict. It appearing to the Court that the verdict of the jury was for the Defendant Celanese Ltd. and against Plaintiff Hazel Conner, the Court renders judgment for Defendant.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing by this suit and that the action be dismissed with prejudice. The Court will address Defendant's Application for Costs in a separate order.

SIGNED this 8th day of September, 2006.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE